DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FEDERATED NATIONAL INSURANCE COMPANY,**
Appellant,

v.

**KENNETH J. KOBERLING** and **MARITZA MONROE,**
Appellees.

No. 4D16-3407

[July 27, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael L. Gates, Judge; L.T. Case No. CACE16-010286 (12).

Warren B. Kwavnick and Kelly Lenahan of Cooney Trybus Kwavnick Peets, Plc, Fort Lauderdale, and Michael A. Cassel and Alex Zatik of Kirwan, Spellacy & Danner, P.A., Fort Lauderdale, for appellant.

Matthew G. Struble of Struble, P.A., Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER, JJ., and SMALL, LISA, Associate Judge, concur.

\*   \*   \*

***Not final until disposition of timely filed motion for rehearing.***